UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILY LAXA CODD,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | No.  2:20-cv-02201 AC<br><br><br>ORDER |

    Plaintiff filed this Social Security case on November 2, 2020.  ECF No. 1.  On November 20, 2020, plaintiff was informed that after service of the complaint, this action would be stayed pursuant to General Order Number 615, and there would be no scheduling order or deadlines in effect pending further order of the court.  ECF No. 7.  The order also indicated that within fourteen days, plaintiff must submit to the United States Marshal a completed summons and copies of the complaint and to file a statement with the court that said documents have been submitted to the United States Marshal.  Id.  Consent/Decline forms were also issued, with an amended due date of February 22, 2021.  ECF No. 9.  Plaintiff has yet to submit a statement regarding service of her documents to the U.S. Marshal.

    The court recognizes that the issuance of the stay and the requirement of service deadlines and submitting Consent/Decline forms may appear contradictory.  Nonetheless, in order to

efficiently move social security cases forward as stays are lifted, these deadlines must be met.

Accordingly, plaintiff is ORDERED to submit a notice of service by February 24, 2021. The parties must submit their Consent/Decline forms no later than April 21, 2021. The case remains otherwise stayed.

IT IS SO ORDERED.

DATED: February 10, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE