Geri N. Kahn (State Bar Number 148536)
geri@gerinkahn.com
Law Office of Geri N. Kahn
465 California Street, Suite 607
San Francisco, CA 94104
Telephone (415) 397-5446
Fax        (707) 312-8271

Attorney for Plaintiff
Lily Codd

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lily Codd,<br><br>    Plaintiff,<br><br>vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:20-cv-02201-AC<br><br>**Stipulation for Extension of Time to file Plaintiff's Motion for Summary Judgment; [~~Proposed~~] Order** |

   Plaintiff, by and through her attorney of record, and Defendant, by and through her attorney of record, hereby stipulate, subject to the approval of the Court, to a 30-day extension of time for Plaintiff's counsel to file a brief in support of his Motion for Summary Judgment, in light of the following:

   1.   Plaintiff's counsel is a sole practitioner and has other cases with impending deadlines. She has no one else to whom she can delegate the work. She needs additional time to complete the brief.

   2.   Plaintiff's counsel has emailed Caspar Chan, Esq., defendant's counsel. Mr. Chan has indicated that he is agreeable to a 30 - day extension of time for counsel to prepare her brief.

   3.   Should the request be granted, Plaintiff's brief will be due on June 14, 2022, Defendant's reply brief on July 29, 2022, and Plaintiff's optional response brief on August 15, 2022.

Respectfully submitted,

Dated: May 13, 2022

/s/ Geri N. Kahn
GERI N. KAHN
Attorney for Plaintiff

Dated: May 13, 2022

/s/Caspar Chan
CASPAR CHAN
Special Assistant United States Attorney
(*By email authorization on May 13, 2022   )

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: May 16, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE