Geri N. Kahn (State Bar Number 148536)
geri@gerinkahn.com
Law Office of Geri N. Kahn
465 California Street, Suite 607
San Francisco, CA 94104
Telephone (415) 397-5446
Fax         (707) 312-8271

Attorney for Plaintiff
Lily Codd

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lily Codd,<br><br>      Plaintiff,<br><br>vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>      Defendant. | Case No. 2:20-cv-02201-AC<br><br>**Stipulation for 14-Day Extension of Time to file Plaintiff's Motion for Summary Judgment; [P̶r̶o̶p̶o̶s̶e̶d̶] Order** |

   Plaintiff, by and through her attorney of record, and Defendant, by and through her attorney of record, hereby stipulate, subject to the approval of the Court, to a 14-day extension of time for Plaintiff's counsel to file a brief in support of his Motion for Summary Judgment, in light of the following:

   1. Plaintiff's counsel's legal assistant has been out of the office due to COVID in her family. Counsel had to handle a few emergency matters which would have ordinarily been handled by her. Counsel's legal assistant is now back and Counsel is able to resume writing the Motion. She needs a brief extension of time to finish.

   2. Plaintiff's counsel has emailed Caspar Chan, Esq., defendant's counsel. Mr. Chan has indicated that he is agreeable to a 14 - day extension of time for counsel to prepare her Motion.

3. Should the request be granted, Plaintiff's brief will be due on June 28, 2022, Defendant's reply brief on August 12, 2022, and Plaintiff's optional response brief on September 5, 2022.

Respectfully submitted,

Dated: June 13, 2022

/s/ Geri N. Kahn
GERI N. KAHN
Attorney for Plaintiff

Dated: June 13, 2022

/s/Caspar Chan
CASPAR CHAN
Special Assistant United States Attorney
(*By email authorization on June 13, 2022   )

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: June 13, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE