Geri N. Kahn (State Bar Number 148536)
geri@gerinkahn.com
Law Office of Geri N. Kahn
465 California Street, Suite 607
San Francisco, CA 94104
Telephone (415) 397-5446
Fax        (707) 312-8271

Attorney for Plaintiff
Lily Codd

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lily Codd,<br><br>          Plaintiff,<br><br>vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>          Defendant. | Case No. 2:20-cv-02201-AC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. §2412(d)** |

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees in the amount of FOUR THOUSAND SIX HUNDRED FIFTY THREE DOLLARS AND 89 CENTS  ($4,653.89) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel Geri N. Kahn.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

 Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that

Plaintiff does not owe a federal debt, then the government shall cause the payment of fees and costs to be made directly to counsel Geri N. Kahn, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or counsel including the Law Office of Geri N. Kahn, Attorney at Law, may have relating to EAJA attorney fees in connection with this action. This award is without prejudice to the rights of counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated: November 2, 2022         LAW OFFICE OF GERI N. KAHN

By:     /s/ Geri N. Kahn
        GERI N. KAHN
        Attorney for Plaintiff

Dated: November 2, 2022         CASPAR CHAN
                                Acting United States Attorney

By:     /s/ Caspar Chan
        CASPAR CHAN
        (*authorized by email, November 1, 2022)
        Special Assistant United States Attorney
        Attorney for Defendant

**[PROPOSED] ORDER]**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: November 3, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Case No. 2:20-cv-02201-AC                    2
**STIP. & [PROPOSED] ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO EAJA, 28 U.S.C. §2412(d)**